Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

_Eastern_ District of _Louisiana_

Division

Case No. **18-4644**
(to be filled in by the Clerk's Office)
**SECT. I MAG. 1**

Geneva Hawthorne
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Tulane Hospital + Clinic, Jessica Debord M.D., Anish Patel, M.D., Eric Simon, M.D., Sidney Longwell, M.D., Gabriel Fette, M.D., Brenda Lee, M.D., Kristeen Batmen, M.D., Muhammed Ahg, M.D., and Carol Bitar, M.D.
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Geneva Hawthorne
Street Address: 3402 Elysian Fields Ave.
City and County: New Orleans, LA (Orleans Parish)
State and Zip Code: LA 70122
Telephone Number: (504) 598-6943
E-mail Address: genevahawthornecain@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Fee
Process
X Dktd
___ CtRmDep
___ Doc. No.
Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: DR. JESSICA DeBORD, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 2
- Name: TULANE UNIVERSITY HOSPITAL AND CLINIC
- Job or Title (if known): MEDICAL FACILITY
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 3
- Name: DR. ANISH J. PATEL, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 4
- Name: DR. ERIC SIMON, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 5
- Name: DR. SIDNEY LONGWELL, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 6
- Name: DR. GABRIEL FETTE, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 7
- Name: DR. BRENDA LEE, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 8
- Name: DR. KRISTEEN BATMEN, M.D.
- Job or Title (if known): MEDICAL DOCTOR
- Street Address: 1415 TULANE AVE.
- City and County: NEW ORLEANS, ORLEANS
- State and Zip Code: LA, 70112
- Telephone Number: (504) 988-5263
- E-mail Address (if known):

Defendant No. 9
  Name: DR. MUHAMMED AHG
  Job or Title (if known): MEDICAL DOCTOR
  Street Address: 1415 TULANE AVE.
  City and County: NEW ORLEANS, ORLEANS
  State and Zip Code: LA, 70112
  Telephone Number: (504) 988-5263
  E-mail Address (if known):

Defendant No. 10
  Name: DR. CAROL BITAR, M.D.
  Job or Title (if known): MEDICAL DOCTOR
  Street Address: 1415 TULANE AVE.
  City and County: NEW ORLEANS, ORLEANS
  State and Zip Code: LA, 70112
  Telephone Number: (504) 988-5263
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) **GENEVA HAWTHORNE**, is a citizen of the State of (name) **United States of America**

2. If the plaintiff is a corporation

   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,

   and has its principal place of business in the State of (name) _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) **JESSICA DEBORD, M.D.**, is a citizen of the State of (name) **United States of America**. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

   The defendant, (name) **Tulane Univ. Hospital and Clinic**, is incorporated under the laws of the State of (name) **Louisiana, U.S.A.**, and has its principal place of business in the State of (name) **Louisiana, U.S.A.**

   Or is incorporated under the laws of (foreign nation) _____,

   and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

II BASIS OF JURISDICTION

    B. THE DEFENDANTS CONT'D.
        (INDIVIDUALS)
      3. ANISH J. PATEL, M.D., CITIZEN OF U.S.A.
      4. ERIC SIMON, M.D., CITIZEN OF U.S.A.
      5. SIDNEY LONGWELL, M.D., CITIZEN OF U.S.A.
      6. GABRIEL FETTE, M.D., CITIZEN OF U.S.A.
      7. BRENDA LEE, M.D., CITIZEN OF U.S.A.
      8. KRISTEEN BATMEN, M.D., CITIZEN OF U.S.A.
      9. MUHAMMED AHG, M.D., CITIZEN OF U.S.A.
      10. CAROL BITAR, M.D., CITIZEN OF U.S.A.

OF LOSS OF INCOME, NEGLIGENT CARE, PAIN AND SUFFERING (EMOTIONAL & PSYCHOLOGICAL)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 12/16/14 to 12/18/14, at (place) TULANE UNIVERSITY HOSPITAL AND CLINIC, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

PLAINTIFF IS SEEKING COMPENSATION FOR MEDICAL MALPRACTICE RESULTING IN THE DEATH OF HER SON.

DEFENDANTS, INDIVIDUALLY OR JOINTLY, FAILED TO MEET THE STANDARD OF CARE OR REASONABLY EXPECTED CARE, RESULTING IN THE DEATH OF HER SON ONE WEEK AFTER HOSPITAL DISCHARGE.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

FAILED TO INITIATE MACHINE DIALYSIS BASED ON NEPHROLOGY CONSULT FROM PRIOR HOSPITALIZATION (MAY 2014). DISCHARGED PATIENT WITHOUT VERIFICATION OF EFFECTIVENESS OF DIURETIC (LASIX). FAILURE TO MONITOR BLOODWORK FOR HYPERKALEMIA & HYPOGLYCEMIA, AFTER REINSITUTING ACE INHIBITOR, KNOWN CAUSE OF BOTH. FAILURE TO IMMEDIATELY INITIATE RENAL DIALYSIS POST DISCHARGE, BASED ON LAB FINDINGS.

Keep

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF IS SEEKING $5,000,000 U.S.D. FOR THE MEDICAL MALPRACTICE OF THE DEFENDANTS AS A GROUP, FOR THE UNTIMELY DEATH OF HER SON. THIS AMOUNT INCLUDES LOSS OF FINANCIAL SUPPORT OF HER SON, AND THE EMOTIONAL PAIN AND SUFFERING OF AN UNJUSTIFIED EARLY DEATH, THAT SHE HAS AND CONTINUES TO ENDURE.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/4/2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: GENEVA HAWTHORNE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____