UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENEVA HAWTHORNE | CIVIL ACTION |
| VERSUS | NUMBER: 18-4644 |
| TULANE HOSPITAL AND CLINIC, ET AL | SECTION: I (1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for lack of subject matter jurisdiction and without prejudice to any right the plaintiff may have to file her complaint in state court.

New Orleans, Louisiana, this 18th day of July, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE